# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| IN RE:<br><br>Jack E Buss, Jr.<br>Gina Buss<br><br>            Debtors. | Case No.  15-21885<br><br>Chapter 7<br><br>Honorable Bruce W. Black<br>Set for August 19,  2016 at 9:00 a.m. |

## CERTIFICATE OF SERVICE

    I, Cindy M. Johnson, an attorney, certify that I served true and correct copies of the Notice of Final Report to the debtor(s), the debtor(s) attorney, all parties in interest, and all creditors  (listed on the below service list) via electronic service on those registered in the CM/ECF system and, for those not listed in the CM/ECF system, at the addresses listed, by placing them in envelopes, properly addressed, with proper postage prepaid, and depositing them in the United States Mail Chute at 140 S. Dearborn Street, Chicago, Illinois at or before 5:00 p.m. on July 21,  2016.


Cindy M. Johnson                                                      /s/ Cindy M. Johnson
140 S. Dearborn St.
Suite 1510
Chicago, IL 60603
312-345-1306

## SERVICE LIST

The following is the list of **parties** who are currently on the list to receive email notice/service for this case.
- Carly Berard     cberard@rockfuscollc.com
- Ariane Holtschlag     aholtschlag@wfactorlaw.com, bharlow@wfactorlaw.com;gsullivan@ecf.inforuptcy.com
- Cindy M. Johnson     cmjtrustee@jnlegal.net, cjohnson@ecf.epiqsystems.com
- Cari A Kauffman     ckauffman@sormanfrankel.com, dfrankel@sormanfrankel.com
- Patrick S Layng     USTPRegion11.ES.ECF@usdoj.gov
- Sara E Lorber     slorber@wfactorlaw.com, slorber@ecf.inforuptcy.com;nbouchard@wfactorlaw.com;bharlow@wfactorlaw.com
- James J. Morrone     jamesmorrone@aol.com

## Manual Notice List

See next page

| | | |
|---|---|---|
| Jacn and Gina Buss<br>22465 Spencer Road<br>New Lenox, IL 60451-2880 | Abc Credit & Recovery<br>4736 Main St Ste 4<br>Lisle, IL 60532-1986 | Ally Financial<br>PO Box 130424<br>Roseville, MN 55113-0004 |
| Ally Financial<br>200 Renaissance Ctr<br>Detroit, MI 48243-1300 | AmeriCredit Financial Services, Inc. dba GM<br>P O Box 183853<br>Arlington, TX 76096-3853 | American Express Bank,<br>FSB c o Becket and Lee LLP<br>POB 3001<br>Malvern, PA 19355-0701 |
| Amex<br>Po Box 297871<br>Fort Lauderdale, FL 33329-7871 | Carly Berard<br>Rock Fusco, LLC<br>321 N. Clark St., Ste. 2200<br>Chicago, IL 60654-4614 | Buss Concrete, Inc.<br>PO Box 518<br>New Lenox, IL 60451-0518 |
| Capital One Bank Usa N<br>15000 Capital One Dr<br>Richmond, VA 23238. | CJLE Pretre Construction, Inc.<br>14330 Mason Lane<br>Orland Park, IL 60462-6208 | CNH Capital<br>Dept CH 10460<br>Palatine, IL 60055-0001 |
| Cach, Llc<br>4340 S Monaco St Unit 2<br>Denver, CO 80237-3581 | Capital One Bank (USA), N.A.<br>PO Box 71083<br>Charlotte, NC  28272-1083 | (p)CAPITAL ONE<br>PO BOX 30285<br>SALT LAKE CITY UT 84130-0285 |
| Cbna<br>Po Box 6283<br>Sioux Falls, SD 57117-6283 | Chicago Street CCDD, LLC<br>1127 South Chicago Street<br>Joliet, IL 60436-2904 | Creditors Collection<br>P.O. Box 63<br>Kankakee, IL 60901-0063 |
| First Merit Bank<br>295 First Merit Cir<br>Akron, OH 44307 | First Merit Bank succ to FDIC as receiver<br>for Geo Wash Sav Bk,W. Factor, Attorney<br>105 W. Madison<br>Chicago, IL  60602-4602 | FirstMerit Bank, N.A.<br>c/o Rock Fusco & Connelly, LLC<br>321 N. Clark St., Ste. 2200<br>Chicago, IL 60654-4614 |
| Firstmerit Mortgage Co<br>4455 Hills And Dales Rd<br>Canton, OH 44708-1505 | Gm Financial<br>Po Box 181145<br>Arlington, TX 76096-1145 | I.C. Systems, Inc.<br>P.O. Box 64378<br>St Paul, MN 55164-0378 |
| Illinois Department of Employment Security<br>PO Box 79<br>Elgin, IL 60121-0079 | Jnr Adjustment Company<br>7001 E Fish Lake Rd Ste<br>Maple Grove, MN 55311-2841 | Cari A Kauffman<br>Sorman & Frankel, Ltd.<br>180 North LaSalle Street Suite 2700<br>Chicago, IL 60601-2709 |
| Keynote Consulting<br>220 W Campus Dr Ste 102<br>Arlington Heights, IL 60004-1498 | Sara E Lorber<br>The Law Office of William J. Factor<br>105 W. Madison St., Suite 1500<br>Chicago, IL 60602-4602 | Lou Harris Company<br>1040 S Milwaukee Ave Ste<br>Wheeling, IL 60090-6373 |
| Martin Implement Sales, Inc.<br>18045 115th Avenue<br>Orland Park, IL 60467 | Mcsi Inc<br>Po Box 327<br>Palos Heights, IL 60463-0327 | National Credit Adjust<br>327 W 4th Ave<br>Hutchinson, KS 67501-4842 |
| Portable Equipment Company Inc.<br>11320 Southwest Highway<br>Palos Hills, IL 60465-2744 | Timothy Ramos<br>Horwitz Law Group<br>115 S LaSalle Street #2600<br>Chicago, IL 60603-3902 | Tek-Collect Inc<br>871 Park St<br>Columbus, OH 43215-1441 |
| Unique National Collec<br>119 E Maple St<br>Jeffersonville, IN 47130-3439 | Vision Financial Servi<br>1900 W Severs Rd<br>La Porte, IN 46350-7855 | Wigboldy Materials, Inc.<br>13631 South Kostner<br>Midlothian, IL 60445-1996 |
| Willie Brothers Company<br>15800 South Lamon<br>Oak Forest, IL 60452-3500 | Wright Concrete Recycling Inc.<br>PO Box 85<br>Mokena, IL 60448-0085 | |