UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| In re: | § | |
| | § | |
| Jack E Buss, Jr. | § | Case No. 15-21885 |
| Gina Buss | § | |
| | § | |
| Debtors | § | |

CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION
REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY
ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)

Cindy M. Johnson, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | |
|---|---|
| Assets Abandoned: 521,509.00<br>*(Without deducting any secured claims)* | Assets Exempt: 27,691.00 |
| Total Distributions to Claimants: 20,782.46 | Claims Discharged<br>Without Payment: 1,132,323.27 |
| Total Expenses of Administration: 3,256.73 | |

3) Total gross receipts of $ 24,039.19 (see **Exhibit 1**), minus funds paid to the debtor and third parties of $0.00 (see **Exhibit 2**), yielded net receipts of $ 24,039.19 from the liquidation of the property of the estate, which was distributed as follows:

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $ 513,864.00 | $ 0.00 | $ 0.00 | $ 0.00 |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | NA | 3,256.73 | 3,256.73 | 3,256.73 |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | NA | NA | NA | NA |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | 10,000.00 | 0.00 | 0.00 | 0.00 |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | 588,604.00 | 250,489.73 | 250,489.73 | 20,782.46 |
| **TOTAL DISBURSEMENTS** | $ 1,112,468.00 | $ 253,746.46 | $ 253,746.46 | $ 24,039.19 |

4) This case was originally filed under chapter 7 on 06/24/2015 . The case was pending for 21 months.

5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: 03/11/2017        By: /s/Cindy M. Johnson
                                          Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

# EXHIBITS TO
# FINAL ACCOUNT

## EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE[1] | $ AMOUNT RECEIVED |
|---|---|---|
| 1957 Harley Davidson motorcycle | 1129-000 | 2,368.75 |
| 1970 Chevelle Automobile | 1129-000 | 2,706.00 |
| 2003 Chevrolet Silverado | 1129-000 | 2,000.00 |
| 2008 Ford Truck | 1129-000 | 6,201.25 |
| Standard Bank Checking account | 1129-000 | 1,914.03 |
| 2014 Tax Refund | 1224-000 | 8,489.00 |
| IL Treasurer-unclaimed property | 1229-000 | 360.16 |
| **TOTAL GROSS RECEIPTS** | | **$24,039.19** |

[1]The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

## EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| NA | | NA | NA |
| **TOTAL FUNDS PAID TO DEBTOR & THIRD PARTIES** | | | **$ NA** |

## EXHIBIT 3 – SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Ally Financial 200 Renaissance Ctr Detroit, MI 48243 | | 27,655.00 | NA | NA | 0.00 |
| | First Merit Bank 295 First Merit Cir Akron, OH 44307 | | 185,326.00 | NA | NA | 0.00 |
| | Firstmerit Mortgage Co 4455 Hills And Dales Rd Canton, OH 44708 | | 300,883.00 | NA | NA | 0.00 |
| **TOTAL SECURED CLAIMS** | | | **$ 513,864.00** | **$ 0.00** | **$ 0.00** | **$ 0.00** |

## EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| Cindy M. Johnson | 2100-000 | NA | 3,153.92 | 3,153.92 | 3,153.92 |
| Cindy M. Johnson | 2200-000 | NA | 102.81 | 102.81 | 102.81 |
| **TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES** | | **$ NA** | **$ 3,256.73** | **$ 3,256.73** | **$ 3,256.73** |

## EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| NA | NA | NA | NA | NA | NA |
| **TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES** | | **$ NA** | **$ NA** | **$ NA** | **$ NA** |

### EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Illinois Department of Employment Security PO Box 79 Elgin, IL 60121 | | 10,000.00 | NA | NA | 0.00 |
| TOTAL PRIORITY UNSECURED CLAIMS | | | $ 10,000.00 | $ 0.00 | $ 0.00 | $ 0.00 |

### EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Abc Credit & Recovery 4736 Main St Ste 4 Lisle, IL 60532 | | 35.00 | NA | NA | 0.00 |
| | Abc Credit & Recovery 4736 Main St Ste 4 Lisle, IL 60532 | | 35.00 | NA | NA | 0.00 |
| | Amex Po Box 297871 Fort Lauderdale, FL 33329 | | 7,799.00 | NA | NA | 0.00 |
| | Cach, Llc 4340 S Monaco St Unit 2 Denver, CO 80237 | | 0.00 | NA | NA | 0.00 |
| | Cach, Llc 4340 S Monaco St Unit 2 Denver, CO 80237 | | 0.00 | NA | NA | 0.00 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Capital One Bank Usa N 15000 Capital One Dr Richmond, VA 23238 | | 3,103.00 | NA | NA | 0.00 |
| | Cbna Po Box 6283 Sioux Falls, SD 57117 | | 3,023.00 | NA | NA | 0.00 |
| | Cbna Po Box 6283 Sioux Falls, SD 57117 | | 3,023.00 | NA | NA | 0.00 |
| | Chicago Street CCDD, LLC 1127 South Chicago Street Joliet, IL 60436 | | 160.00 | NA | NA | 0.00 |
| | Chicago Street CCDD, LLC 1127 South Chicago Street Joliet, IL 60436 | | 160.00 | NA | NA | 0.00 |
| | CJLE Pretre Construction, Inc. 14330 Mason Lane Orland Park, IL 60462 | | 393.00 | NA | NA | 0.00 |
| | CJLE Pretre Construction, Inc. 14330 Mason Lane Orland Park, IL 60462 | | 393.00 | NA | NA | 0.00 |
| | CNH Capital Dept CH 10460 Palatine, IL 60055 | | 11,091.00 | NA | NA | 0.00 |
| | CNH Capital Dept CH 10460 Palatine, IL 60055 | | 11,091.00 | NA | NA | 0.00 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Creditors Collection P.O. Box 63 Kankakee, IL 60901 | | 83.00 | NA | NA | 0.00 |
| | Creditors Collection P.O. Box 63 Kankakee, IL 60901 | | 83.00 | NA | NA | 0.00 |
| | First Merit Bank succ to FDIC as receiver for Geo Wash Sav Bk, W. Factor, Atty 105 W. Madison Chicago, IL 60602 | | 171,000.00 | NA | NA | 0.00 |
| | First Merit Bank succ to FDIC as receiver for Geo Wash Sav Bk, W. Factor, Atty 105 W. Madison Chicago, IL 60602 | | 39,965.00 | NA | NA | 0.00 |
| | First Merit Bank succ to FDIC as receiver for Geo Wash Sav Bk, W. Factor, Atty 105 W. Madison Chicago, IL 60602 | | 39,965.00 | NA | NA | 0.00 |
| | I.C. Systems, Inc. P.O. Box 64378 St Paul, MN 55164 | | 250.00 | NA | NA | 0.00 |
| | I.C. Systems, Inc. P.O. Box 64378 St Paul, MN 55164 | | 250.00 | NA | NA | 0.00 |
| | Jnr Adjustment Company 7001 E Fish Lake Rd Ste Maple Grove, MN 55311 | | 216.00 | NA | NA | 0.00 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Jnr Adjustment Company 7001 E Fish Lake Rd Ste Maple Grove, MN 55311 | | 216.00 | NA | NA | 0.00 |
| | Keynote Consulting 220 W Campus Dr Ste 102 Arlington Heights, IL 60004 | | 56.00 | NA | NA | 0.00 |
| | Keynote Consulting 220 W Campus Dr Ste 102 Arlington Heights, IL 60004 | | 56.00 | NA | NA | 0.00 |
| | Lou Harris Company 1040 S Milwaukee Ave Ste Wheeling, IL 60090 | | 18,645.00 | NA | NA | 0.00 |
| | Lou Harris Company 1040 S Milwaukee Ave Ste Wheeling, IL 60090 | | 18,645.00 | NA | NA | 0.00 |
| | Martin Implement Sales, Inc. 18045 115th Avenue Orland Park, IL 60467 | | 0.00 | NA | NA | 0.00 |
| | Martin Implement Sales, Inc. 18045 115th Avenue Orland Park, IL 60467 | | 0.00 | NA | NA | 0.00 |
| | Mcsi Inc Po Box 327 Palos Heights, IL 60463 | | 0.00 | NA | NA | 0.00 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Mcsi Inc Po Box 327 Palos Heights, IL 60463 | | 0.00 | NA | NA | 0.00 |
| | National Credit Adjust 327 W 4th Ave Hutchinson, KS 67501 | | 0.00 | NA | NA | 0.00 |
| | National Credit Adjust 327 W 4th Ave Hutchinson, KS 67501 | | 0.00 | NA | NA | 0.00 |
| | no name on CR Liability | | 35.00 | NA | NA | 0.00 |
| | no name on CR Liability | | 35.00 | NA | NA | 0.00 |
| | Portable Equipment Company Inc. 11320 Southwest Highway Palos Hills, IL 60465 | | 85.00 | NA | NA | 0.00 |
| | Portable Equipment Company Inc. 11320 Southwest Highway Palos Hills, IL 60465 | | 85.00 | NA | NA | 0.00 |
| | Tek-Collect Inc 871 Park St Columbus, OH 43215 | | 0.00 | NA | NA | 0.00 |
| | Tek-Collect Inc 871 Park St Columbus, OH 43215 | | 0.00 | NA | NA | 0.00 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Timothy Ramos Horwitz Law Group 115 S. LaSalle Street, # 2600 Chicago, IL 60603 | | 0.00 | NA | NA | 0.00 |
| | Unique National Collec 119 E Maple St Jeffersonville, IN 47130 | | 152.00 | NA | NA | 0.00 |
| | Unique National Collec 119 E Maple St Jeffersonville, IN 47130 | | 152.00 | NA | NA | 0.00 |
| | Vision Financial Servi 1900 W Severs Rd La Porte, IN 46350 | | 1,415.00 | NA | NA | 0.00 |
| | Vision Financial Servi 1900 W Severs Rd La Porte, IN 46350 | | 1,415.00 | NA | NA | 0.00 |
| | Wigboldy Materials, Inc. 13631 South Kostner Midlothian, IL 60445 | | 688.00 | NA | NA | 0.00 |
| | Wigboldy Materials, Inc. 13631 South Kostner Midlothian, IL 60445 | | 688.00 | NA | NA | 0.00 |
| | Willie Brothers Company 15800 South Lamon Oak Forest, IL 60452 | | 22,048.00 | NA | NA | 0.00 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Willie Brothers Company 15800 South Lamon Oak Forest, IL 60452 | | 22,048.00 | NA | NA | 0.00 |
| | Wright Concrete Recycling Inc. PO Box 85 Mokena, IL 60448 | | 85.00 | NA | NA | 0.00 |
| | Wright Concrete Recycling Inc. PO Box 85 Mokena, IL 60448 | | 85.00 | NA | NA | 0.00 |
| 3 | American Express Bank, Fsb | 7100-000 | 7,799.00 | 7,299.62 | 7,299.62 | 605.63 |
| 2 | Americredit Financial Services, Inc. Dba Gm Financ | 7100-000 | 27,950.00 | 15,789.16 | 15,789.16 | 1,309.98 |
| 1 | Capital One Bank (Usa), N.A. | 7100-000 | 3,103.00 | 2,799.74 | 2,799.74 | 232.29 |
| 4 | First Merit Bank Succ To Fdic As | 7100-000 | 171,000.00 | 224,601.21 | 224,601.21 | 18,634.56 |
| TOTAL GENERAL UNSECURED CLAIMS | | | $ 588,604.00 | $ 250,489.73 | $ 250,489.73 | $ 20,782.46 |

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Exhibit 8

| Case No: | 15-21885 | PSH | Judge: | Pamela S. Hollis | Trustee Name: | Cindy M. Johnson |
|---|---|---|---|---|---|---|
| Case Name: | Jack E Buss, Jr. | | | | Date Filed (f) or Converted (c): | 06/24/2015 (f) |
| | Gina Buss | | | | 341(a) Meeting Date: | 07/27/2015 |
| For Period Ending: | 03/11/2017 | | | | Claims Bar Date: | 01/19/2016 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Est Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. 22465 Sourth Spencer, Road, New Lenox | 500,000.00 | 0.00 | | 0.00 | FA |
| 2. Misc Used Household Goods and Furnishings | 350.00 | 0.00 | | 0.00 | FA |
| 3. Cash | 100.00 | 0.00 | | 0.00 | FA |
| 4. Standard Bank Checking account | 100.00 | 0.00 | | 1,914.03 | FA |
| 5. Misc Books and pictures | 350.00 | 0.00 | | 0.00 | FA |
| 6. Wearing apparel. | 350.00 | 0.00 | | 0.00 | FA |
| 7. Standard Bank IRA | 100.00 | 0.00 | | 0.00 | FA |
| 8. Standard Bank IRA | 100.00 | 0.00 | | 0.00 | FA |
| 9. 100 Shares Buss Concrete, Inc | 0.00 | 0.00 | | 0.00 | FA |
| 10. 2012 Kia Sorrento | 13,300.00 | 0.00 | | 0.00 | FA |
| 11. 2013 chevrolet Silverado | 22,000.00 | 0.00 | | 0.00 | FA |
| 12. 1970 Chevelle Automobile | 4,000.00 | 0.00 | | 2,706.00 | FA |
| 13. 1957 Harley Davidson motorcycle | 3,600.00 | 0.00 | | 2,368.75 | FA |
| 14. 2003 Chevrolet Silverado | 5,000.00 | 0.00 | | 2,000.00 | FA |
| 15. 2008 Ford Truck | 7,200.00 | 0.00 | | 6,201.25 | FA |
| 16. 1989 Fprd Truck | 3,500.00 | 0.00 | | 0.00 | FA |
| 17. 2014 Tax Refund (u) | 0.00 | 8,489.00 | | 8,489.00 | FA |
| 18. IL Treasurer-unclaimed property (u) | 0.00 | 360.16 | | 360.16 | FA |
| INT. Post-Petition Interest Deposits (u) | Unknown | N/A | | 0.00 | Unknown |

Gross Value of Remaining Assets

| TOTALS (Excluding Unknown Values) | $560,050.00 | $8,849.16 | | $24,039.19 | $0.00 |

(Total Dollar Amount in Column 6)

Exhibit 8

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

TFR filed/approved. Distributions made. All checks have now cleared. TDR will be filed shortly.

RE PROP #        15    --    Claimed exemption reduced by $3,250.00 upon trusee's objection.  Order doc. 27

Initial Projected Date of Final Report (TFR): 07/25/2016        Current Projected Date of Final Report (TFR): 07/25/2016

**FORM 2**
**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit 9

| | |
|---|---|
| Case No: 15-21885 | Trustee Name: Cindy M. Johnson |
| Case Name: Jack E Buss, Jr. | Bank Name: BOK Financial |
| Gina Buss | Account Number/CD#: XXXXXX0264 |
| | Checking |
| Taxpayer ID No: XX-XXX9043 | Blanket Bond (per case limit): $5,000,000.00 |
| For Period Ending: 03/11/2017 | Separate Bond (if applicable): |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 06/30/16 | 18 | Comptroller - State of Illinois 325 W. Adams Street Springfield, Illinois 62704-1871 | IL Treasurer-unclaimed property | 1229-000 | $360.16 | | $360.16 |
| 06/30/16 | | Jack E. Buss and Gina Buss 22465 Spencer Road New Lenox, IL 60451 | tax refund, liquidation of personal property and buy out interest in estate  tax refund, liquidation of personal property and buy out interest in estate | | $23,679.03 | | $24,039.19 |
| | | | Gross Receipts            $23,679.03 | | | | |
| | 4 | | Standard Bank Checking account       $1,914.03 | 1129-000 | | | |
| | 12 | | 1970 Chevelle Automobile    $2,706.00 | 1129-000 | | | |
| | 13 | | 1957 Harley Davidson motorcycle       $2,368.75 | 1129-000 | | | |
| | 14 | | 2003 Chevrolet Silverado    $2,000.00 | 1129-000 | | | |
| | 15 | | 2008 Ford Truck            $6,201.25 | 1129-000 | | | |
| | 17 | | 2014 Tax Refund            $8,489.00 | 1224-000 | | | |
| 08/19/16 | 105 | First Merit Bank Succ To Fdic As Receiver For Geo Wash Sav Bk, W. Factor, Atty 105 W. Madison Chicago, Il 60602 | Final distribution to claim 4 representing a payment of 8.26 % per court order. Reversal used wrong distribution to create checks | 7100-000 | | ($18,561.03) | $42,600.22 |
| 08/19/16 | 104 | American Express Bank, Fsb C O Becket And Lee Llp Pob 3001 Malvern, Pa 19355-0701 | Final distribution to claim 3 representing a payment of 8.26 % per court order. Reversal used wrong distribution to create checks | 7100-000 | | ($603.24) | $43,203.46 |
| 08/19/16 | 103 | Americredit Financial Services, Inc. Dba Gm Financ P O Box 183853 Arlington, Tx 76096 | Final distribution to claim 2 representing a payment of 8.26 % per court order. Reversal used wrong distribution to create checks | 7100-000 | | ($1,304.82) | $44,508.28 |
| | | | Page Subtotals: | | $24,039.19 | ($20,469.09) | |

UST Form 101-7-TDR (10/1/2010) *(Page: 14)*

**FORM 2**
**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit 9

| | | |
|---|---|---|
| Case No: 15-21885 | Trustee Name: | Cindy M. Johnson |
| Case Name: Jack E Buss, Jr. | Bank Name: | BOK Financial |
| Gina Buss | Account Number/CD#: | XXXXXX0264 |
| | | Checking |
| Taxpayer ID No: XX-XXX9043 | Blanket Bond (per case limit): | $5,000,000.00 |
| For Period Ending: 03/11/2017 | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 08/19/16 | 102 | Capital One Bank (Usa), N.A. Po Box 71083 Charlotte, Nc 28272-1083 | Final distribution to claim 1 representing a payment of 8.26 % per court order. Reversal used wrong distribution to create checks | 7100-000 | | ($231.37) | $44,739.65 |
| 08/19/16 | 101 | Cindy M. Johnson 140 S. Dearborn St., Suite 1510 Chicago, Illinois 60603 | Distribution Reversal used wrong distribution to create checks | | | ($3,338.73) | $48,078.38 |
| | | Cindy M. Johnson | Final distribution representing a payment of 100.00 % per court order.           $3,153.92 | 2100-000 | | | |
| | | Cindy M. Johnson | Final distribution representing a payment of 100.00 % per court order.           $184.81 | 2200-000 | | | |
| 08/19/16 | 101 | Cindy M. Johnson 140 S. Dearborn St., Suite 1510 Chicago, Illinois 60603 | Distribution | | | $3,338.73 | $44,739.65 |
| | | Cindy M. Johnson | Final distribution representing a payment of 100.00 % per court order.           ($3,153.92) | 2100-000 | | | |
| | | Cindy M. Johnson | Final distribution representing a payment of 100.00 % per court order.           ($184.81) | 2200-000 | | | |
| 08/19/16 | 102 | Capital One Bank (Usa), N.A. Po Box 71083 Charlotte, Nc 28272-1083 | Final distribution to claim 1 representing a payment of 8.26 % per court order. | 7100-000 | | $231.37 | $44,508.28 |
| 08/19/16 | 103 | Americredit Financial Services, Inc. Dba Gm Financ P O Box 183853 Arlington, Tx 76096 | Final distribution to claim 2 representing a payment of 8.26 % per court order. | 7100-000 | | $1,304.82 | $43,203.46 |
| 08/19/16 | 104 | American Express Bank, Fsb C O Becket And Lee Llp Pob 3001 Malvern, Pa 19355-0701 | Final distribution to claim 3 representing a payment of 8.26 % per court order. | 7100-000 | | $603.24 | $42,600.22 |
| 08/19/16 | 105 | First Merit Bank Succ To Fdic As Receiver For Geo Wash Sav Bk, W. Factor, Atty 105 W. Madison Chicago, Il 60602 | Final distribution to claim 4 representing a payment of 8.26 % per court order. | 7100-000 | | $18,561.03 | $24,039.19 |

Page Subtotals:  $0.00   $20,469.09

UST Form 101-7-TDR (10/1/2010) *(Page: 15)*

**FORM 2**
**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit 9

| | |  | | |
|---|---|---|---|---|
| Case No: | 15-21885 | Trustee Name: | Cindy M. Johnson | |
| Case Name: | Jack E Buss, Jr. | Bank Name: | BOK Financial | |
| | Gina Buss | Account Number/CD#: | XXXXXX0264 | |
| | | | Checking | |
| Taxpayer ID No: | XX-XXX9043 | Blanket Bond (per case limit): | $5,000,000.00 | |
| For Period Ending: | 03/11/2017 | Separate Bond (if applicable): | | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 08/19/16 | 106 | Cindy M. Johnson<br>140 S. Dearborn St., Suite 1510<br>Chicago, Illinois 60603 | Distribution | | | $3,256.73 | $20,782.46 |
| | | Cindy M. Johnson | Final distribution representing a payment of 100.00 % per court order. ($3,153.92) | 2100-000 | | | |
| | | Cindy M. Johnson | Final distribution representing a payment of 100.00 % per court order. ($102.81) | 2200-000 | | | |
| 08/19/16 | 107 | Capital One Bank (Usa), N.A.<br>Po Box 71083<br>Charlotte, Nc 28272-1083 | Final distribution to claim 1 representing a payment of 8.30 % per court order. | 7100-000 | | $232.29 | $20,550.17 |
| 08/19/16 | 108 | Americredit Financial Services, Inc. Dba Gm Financ<br>P O Box 183853<br>Arlington, Tx 76096 | Final distribution to claim 2 representing a payment of 8.30 % per court order. | 7100-000 | | $1,309.98 | $19,240.19 |
| 08/19/16 | 109 | American Express Bank, Fsb<br>C O Becket And Lee Llp<br>Pob 3001<br>Malvern, Pa 19355-0701 | Final distribution to claim 3 representing a payment of 8.30 % per court order. | 7100-000 | | $605.63 | $18,634.56 |
| 08/19/16 | 110 | First Merit Bank Succ To Fdic As Receiver For Geo Wash Sav Bk,<br>W. Factor, Atty 105 W. Madison<br>Chicago, Il 60602 | Final distribution to claim 4 representing a payment of 8.30 % per court order. | 7100-000 | | $18,634.56 | $0.00 |

| | | |
|---|---|---|
| COLUMN TOTALS | $24,039.19 | $24,039.19 |
| Less: Bank Transfers/CD's | $0.00 | $0.00 |
| Subtotal | $24,039.19 | $24,039.19 |
| Less: Payments to Debtors | $0.00 | $0.00 |
| Net | $24,039.19 | $24,039.19 |

Page Subtotals: $0.00 $24,039.19

UST Form 101-7-TDR (10/1/2010) *(Page: 16)*

Exhibit 9

TOTAL OF ALL ACCOUNTS

|  | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
|---|---|---|---|
| XXXXXX0264 - Checking | $24,039.19 | $24,039.19 | $0.00 |
|  | $24,039.19 | $24,039.19 | $0.00 |
|  | (Excludes account transfers) | (Excludes payments to debtors) | Total Funds on Hand |

| | |
|---|---|
| Total Allocation Receipts: | $0.00 |
| Total Net Deposits: | $24,039.19 |
| Total Gross Receipts: | $24,039.19 |

Page Subtotals:    $0.00    $0.00